447 A.2d 638

Commonwealth v. Heavner, Appellant.

Submitted April 1, 1981. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Judgment of sentence affirmed.